ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG 1 9 2014

JAMES N. HATTEN, Clerk
By: ⎯⎯⎯⎯⎯ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COLE JAMAL DANIELS | Criminal Indictment<br><br>(Superseding)<br><br>No. 1:13-CR-454-WSD |

THE GRAND JURY CHARGES THAT:

### Count One

In or about July 2013, through on or about October 3, 2013, in the Northern District of Georgia and elsewhere, the defendant, COLE JAMAL DANIELS, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "D.G.," knowing and in reckless disregard of the fact that "D.G." had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing and in reckless disregard of the fact that means of force and threats of force would be used to cause "D.G." to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a), (b)(1) and (b)(2).

## Count Two

In or about July 2013, through on or about October 3, 2013, in the Northern District of Georgia and elsewhere, the defendant, COLE JAMAL DANIELS, knowingly transported "D.G.," an individual who had not attained the age of 18 years, in interstate commerce, with the intent that "D.G." engage in prostitution, in violation of Title 18, United States Code, Section 2423(a).

## Count Three

In or about July 2013, through on or about October 3, 2013, in the Northern District of Georgia and elsewhere, the defendant, COLE JAMAL DANIELS, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, in and affecting interstate commerce, a minor under the age of 18 years, namely "J.R.," knowing and in reckless disregard of the fact that "J.R." had not attained the age of 18 years and would be caused to engage in a commercial sex act, and knowing and in reckless disregard of the fact that means of force and threats of force would be used to cause "J.R." to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a), (b)(1) and (b)(2).

## Count Four

In or about July 2013, through on or about October 3, 2013, in the Northern District of Georgia and elsewhere, the defendant, COLE JAMAL DANIELS, knowingly transported "J.R.," an individual who had not attained the age of 18

years, in interstate commerce, with the intent that "J.R." engage in prostitution, in violation of Title 18, United States Code, Section 2423(a).

### Count Five

Beginning on a date unknown, but at least by in or about April 2014, in the Northern District of Georgia and elsewhere, the defendant, COLE JAMAL DANIELS, did knowingly attempt to corruptly persuade "D.G." by writing letters to "D.G." and others known to the grand jury, and by calling "D.G." on the telephone, with the intent to influence, delay and prevent the testimony of "D.G." in an official proceeding, that is, the trial of the defendant, COLE JAMAL DANIELS, on charges pertaining to the commercial sex trafficking and interstate transportation of "D.G." and "J.R." as alleged in Counts One, Two, Three and Four of this indictment, in violation of Title 18, United States Code, Sections 1512(b)(1) and (j).

### Count Six

Beginning on a date unknown, but at least by in or about April 2014, in the Northern District of Georgia and elsewhere, the defendant, COLE JAMAL DANIELS, did knowingly attempt to corruptly persuade "J.R." by sending internet communications and letters to "J.R." and others known to the grand jury, with the intent to influence, delay and prevent the testimony of "J.R." in an official proceeding, that is, the trial of the defendant, COLE JAMAL DANIELS, on charges pertaining to the commercial sex trafficking and interstate transportation of "D.G." and "J.R." as alleged in Counts One, Two, Three and

Four of this indictment, in violation of Title 18, United States Code, Sections 1512(b)(1) and (j).

## Forfeiture Provision

Pursuant to Title 18, United States Code, Section 1594, upon conviction for an offense in violation of Title 18, United States Code, Section 1591(a), as charged in Counts One and Three, and pursuant to Title 18, United States Code, Sections 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2423, as charged in Counts Two and Four, the defendant, COLE JAMAL DANIELS, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of

4

substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A <u>  True  </u> BILL

<u>/s/ Judith Bass</u>
FOREPERSON

SALLY QUILLIAN YATES
*United States Attorney*

YONETTE SAM-BUCHANAN
*Assistant United States Attorney*
Georgia Bar No. 623455

600 U.S. Courthouse
75 Spring Street, SW
Atlanta, GA 30303
Telephone: 404-581-6000
Fax: 404-581-6181